**930**

No. 970. YOUNG *v.* MADER ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *Robert H. Hoffman* and *Katheleen K. Haase* for petitioner. *Lyman Brownfield* for respondents.

No. 979. BERNARD, TRUSTEE IN BANKRUPTCY *v.* BENEFICIAL FINANCE Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *Fred Simon* for petitioner.

No. 990. ANTI-DEFAMATION LEAGUE OF B'NAI B'RITH, PACIFIC SOUTHWEST REGIONAL OFFICE *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Harry M. Plotkin, George R. Kucik, Arnold Forster, Sol Rabkin,* and *David A. Brody* for petitioner. *Solicitor General Griswold, Assistant Attorney General McLaren, Henry Geller, John H. Conlin,* and *Stuart F. Feldstein* for respondent Federal Communications Commission.

No. 1018. JOHNSON ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William L. McGovern* and *Clifton S. Carl* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for the United States et al.

No. 485. Misc. McCORMICK *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. *Norman H. Anderson,* Attorney General of Missouri, and *Maxim N. Bach,* Assistant Attorney General, for respondent.